JS - 6

FILED: 11/15/12

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTINE, LLC<br><br>          Plaintiff,<br><br>     vs.<br><br>ALDO GROUP INTERNATIONAL AG, et al<br><br>          Defendants. | CASE NO. CV 12-5459 GHK (SHx)<br><br>**ORDER OF DISMISSAL** |

   The Court having been advised by counsel for the parties that the above-entitled action has been settled,

   **IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **THIRTY (30) DAYS**, to reopen the action if settlement is not consummated. Defendant's pending motions to Dismiss [dkt #26 & 27] are hereby **WITHDRAWN.**

Dated:   11/15/12

_____
GEORGE H. KING
Chief United States District Judge