JS - 6

**FILED: 11/15/12**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTINE, LLC )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALDO GROUP INTERNATIONAL AG, )<br>et al )<br>Defendants. )<br>_____) | CASE NO. CV 12-5459  GHK (SHx)<br><br>**ORDER OF DISMISSAL** |

The Court having been advised by counsel for the parties that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **THIRTY (30) DAYS**, to reopen the action if settlement is not consummated.  Defendant's pending motions to Dismiss [dkt #26 & 27] are hereby **WITHDRAWN.**

Dated:    11/15/12

　　　　　　　　　　　　　　　　　　　　　　　　　　／s／
GEORGE H. KING
Chief United States District Judge